835

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO. 802-835  DIVISION "C"

**DORIS MARTIN CLESI**

**VERSUS**

**SEARS, ROEBUCK AND CO. AND ABC INSURANCE COMPANY**

FILED: _____  _____
 DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Doris Martin Clesi, a person of the full age of majority and domiciliary of Jefferson Parish, Louisiana, who represents that:

**I.**

Made defendant herein is:

1. Sears, Roebuck and Co. (Sears), upon information and belief, is a foreign company authorized to do and doing business at 4436 Veterans Memorial Boulevard, Metairie, Louisiana, Store No. 1226, at all times relevant and material to this cause of action.

2. ABC Insurance Company, as the commercial general liability insurer of Sears.

**II.**

On or about January 10, 2019, your petitioner, Doris Martin Clesi, and her daughter visited Sears (Store No. 1226), located at 4436 Veterans Memorial Boulevard in Metairie, Louisiana to shop for clearance sales, as the store had recently announced that it would be permanently closing.

**III.**

As she walked towards the back of the store, she was attracted to the artificial Christmas trees that were on sale. There were three artificial Christmas trees for sale grouped together in an area, with loose burlap laying on the tile floor and covering the



**EXHIBIT A**

base of the trees. As petitioner stepped closer to the tree to observe and feel its quality and texture, she slipped and/or tripped on the burlap and wooden and brick pallet/frame hidden under the burlap and surrounding the trees.

### IV.

The burlap was draped over the tile floor, with folds, and without any padding or adhesive backing to prevent the burlap from sliding against the slick floor.

### V.

As a result, petitioner fell on her right side, sustaining serious injury. She immediately complained of pain in her right hip and was unable to bear any weight on her right leg.

### VI.

Her daughter immediately tried to assist. When she stepped on the burlap, she began to slip and had to catch her balance. With the help of another couple, Petitioner was assisted into a chair placed nearby.

### VII.

The daughter and the couple walked the store for 15 minutes looking for a store manager or any employees to assist. There were no employees in the area of the fall for the next 15 to 20 minutes.

### VIII.

When the manager finally arrived, he recorded the contact information and agreed that petitioner required an ambulance. The manager agreed to follow up the next day but failed to do so.

### IX.

Petitioner was transported to the Emergency Room and after x-rays was diagnosed with a fractured pelvis that required medical treatment.

### X.

Petitioner remained in considerable pain for nearly 8 months, and required round the clock care and sitters, the cost of which exceeds $60,000 to date.

### XI.

At the time of the accident, there were no signs warning customers that there was loose burlap, brick and wooden pallets covered by burlap surrounding the trees.



### XII.

The placement of the loose burlap, brick and wooden pallet covered by burlap in or near the path or walkway created an unreasonable risk of harm to Sears' customers, including Plaintiff.

### XIII.

Sears created the risk when it set up the display. Alternatively, they knew or in the exercise of reasonable care should have known of the hazardous condition and failed to take reasonable steps to remedy it.

### XIV.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, Sears, in the following non-exclusive particulars to-wit:

a. Failing to provide a safe passage way around the artificial Christmas tree display;
b. Placing loose burlap on a slippery floor;
c. Creating an unreasonably dangerous condition by constructing brick parameters around the trees and placing the trees on wooden pallets, hidden from the view of its customers by loose burlap, placed in the pathway of customers;
d. Failing to exercise a reasonable effort to keep the path or walkways free of any hazardous conditions which reasonably might give rise to damage;
e. Creating a condition which presented an unreasonable risk of harm to plaintiff which risk was reasonably foreseeable;
f. Failing to properly and/or adequately warn patrons of a foreign object on the floor or in the paths or walkways which created a tripping hazard;
g. Failure to provide a safe place for invitees to walk;
h. Failure to exercise reasonable care to discover and/or correct the ruin, vices or defects;
i. Failure to warn its invitees of the dangerous condition; and
j. Any other negligence found to be committed by Sears.



3.

24th E-Filed: 01/06/2020 15:34:31 Case: 802835 Div:C Atty:019028 PAULA M WELLONS

## XV.

For the reasons more particularly set forth above, defendant is liable to petitioner under Louisiana Civil Code Articles 2317.1, 2320 and 2322, and Louisiana Revised Statute 9:2800.6.

## XVI.

At the time of the accident, ABC Insurance Company issued a policy of liability insurance to Sears, providing insurance coverage for the claims asserted herein by Petitioner.

## XVII.

As a result of the above referenced accident and the negligence and/or fault of the defendant, Petitioner suffered severe and disabling injuries, including but not limited to a fracture of the pelvis.

## XVIII.

As a result of the aforesaid accident and resulting injuries, Petitioner has suffered the following non-exclusive damages to wit:

a. Past, present and future pain and suffering;
b. Past, present and future mental anguish and emotional distress;
c. Past, present and future medical bills, medical expenses, home care and transportation expenses incurred in traveling to and from health care facilities;
d. Loss of enjoyment of life;
e. Disfigurement, scarring and disability; and
f. Any and all other damages proven at the trial of this matter.

## XIX.

Plaintiff has made an amicable demand on defendant to no avail.

**WHEREFORE**, premises considered, plaintiff, Doris Martin Clesi, prays that Sears, Roebuck and Co. and ABC Insurance Company, be cited and served with the petition, and that after all due proceedings are had, there be judgment herein in favor of plaintiff and against defendants, Sears, Roebuck and Co. and ABC Insurance Company, for an amount reasonable under the premises, together with legal interest from date of



24th E-Filed: 01/06/2020 15:34:31 Case: 802835 Div:C Atty:019028 PAULA M WELLONS

judicial demand, together with all costs and disbursements of this action and for all appropriate and general relief.

Respectfully submitted,

/s/ Paula M. Wellons

PAULA M. WELLONS, BAR NO. 19028
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
*Counsel for Petitioner, Doris Martin Clesi*

**PLEASE SERVE:**

Sears, Roebuck and Co. and ABC Insurance Company (Store No. 1226)
Through its Registered Agent for Service of Process:

CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

EBR ck#
103563
$39.36

5.



**JON A. GEGENHEIMER**
## JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Department*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

### Call 1

Case No: __802-835__  Div. " __C__ "                                         __1/8__, 20 __20__

Deputy Clerk: s/ __COURTNEY KNIGHT__                                         Time: _____

Deputy Clerk Spoke To: __KATHLEEN VIA EMAIL-MAILING SERVICE CHECKS TODAY__   ____ of

In Re: _____

Message to Provide if Attorney/Litigant/Designee Returns Call:
**$39.36 EBR SHERIFF**

### Call 2

Case No: __802-835__  Div. " __C__ "                                         _____, 20 __20__

Deputy Clerk: s/ _____                                        Time: _____

Deputy Clerk Spoke To: _____  ____ of

In Re: _____

Message to Provide if Attorney/Litigant/Designee Returns Call:

### Call 3

Case No: __802-835__  Div. " __C__ "                                         _____, 20 ____

Deputy Clerk: s/ _____                                        Time: _____

Deputy Clerk Spoke To: _____  ____ of

In Re: _____

Message to Provide if Attorney/Litigant/Designee Returns Call:





FILED FOR RECORD 01/14/2020 09:04:05
Amanda L. Powell, DY CLERK
JEFFERSON PARISH, LA

## TAYLOR WELLONS POLITZ DUHE APLC
### NEW ORLEANS • BATON ROUGE • JACKSON

January 9, 2020

**VIA U.S. MAIL**
Clerk of Court
24th Judicial District Court
Parish of Jefferson
P. O. Box 10
Gretna, LA 70054
Attention: Courtney M. Knight

RE: *Doris Martin Clesi v. Sears, Roebuck and Co., et al*
24th Judicial District Court, Parish of Jefferson, Louisiana
Civil Docket No. 802-835, Division C
Our Ref: 97-698

Dear Courtney:

Pursuant to your email, enclosed is our firm's check in the amount of $39.36 payable to the East Baton Rouge Sheriff for the service costs of the Petition in the above reference matter which was E-filed on January 6, 2020.

Kindly take the necessary steps in order to perfect service of the Petition.

Thank you for your assistance in this matter.

Sincerely,

Kathleen L. Dodd
Legal Assistant to Paula M. Wellons

Enclosure



1515 Poydras St. Suite 1900 | New Orleans, LA 70112
P: 504-525-9888 | F: 504-525-9899 | www.twpdlaw.com

02/27/2020 15:58:24 CERTIFIED TRUE COPY - Pg:7 of 7 - Jefferson Parish Clerk of Court - ID:2018461

FILED FOR RECORD 01/07/2020 09:10:59
Courtney M. Knight, DY CLERK
JEFFERSON PARISH, LA

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

DORIS MARTIN CLESI    vs.   SEARS, ROEBUCK AND CO

**Court:** 24th Judicial District    **Docket Number:** 802-835 C

**Parish of Filing:** Jefferson    **Filing Date:** 1/6/2020

**Name of Lead Petitioner's Attorney:** PAULA WELLONS

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1    **Number of named defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name:** PAULA WELLONS    **Signature:** _____

**Address:** 1515 POYDRAS ST STE 1900 NEW ORLEANS, LA 70112

**Phone Number:** 504-525-9888    **E-mail address:** _____

02/27/2020 16:20:09 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2018481
JON A. GEGENHEIMER

(101) CITATION: PETITION FOR DAMAGES ;                           200114-0178-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

DORIS MARTIN CLESI, DORIS MARTIN
   versus  
SEARS ROEBUCK AND COMPANY, ABC INSURANCE COMPANY

Case: 802-835   Div: "C"  
P 1 DORIS MARTIN CLESI

To: SEARS ROEBUCK AND COMPANY  
AND ABC INSURANCE COMPANY (STORE NO. 1226)  
THROUGH ITS REGISTERED AGENT FOR SERVICE  
OF PROCESS:  
CT CORPORATION SYSTEM  
3867 PLAZA TOWER DR  
BATON ROUGE LA 70816

EBRS CK#103563 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney PAULA M. WELLONS and was issued by the Clerk of Court on the 14th day of January, 2020.

/s/ Rachel A. Ponce  
Rachel A. Ponce, Deputy Clerk of Court for  
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;                           200114-0178-1

Received:_____  Served:_____  Returned:_____

Service was made:  
   ___ Personal     ___ Domicilary _____

Unable to serve:  
   ___ Not at this address     ___ Numerous attempts _____ times  
   ___ Vacant     ___ Received too late to serve  
   ___ Moved     ___ No longer works at this address  
   ___ No such address     ___ Need apartment / building number  
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____  
                   Deputy Sheriff  
Parish of: _____

Imaged 01/14/2020 16:06 - Signed: Deputy Clerk of Court /s/ Rachel A. Ponce



  

(101) CITATION: PETITION FOR DAMAGES ;  200114-0178-1

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

DORIS MARTIN CLESI, DORIS MARTIN
versus
SEARS ROEBUCK AND COMPANY, ABC INSURANCE COMPANY

Case: 802-835   Div: "C"
P 1 DORIS MARTIN CLESI

FILED FOR RECORD 02/01/2020 15:07:20
Deborah A. Bobbe, DY CLERK
JEFFERSON PARISH, LA

To: SEARS ROEBUCK AND COMPANY
AND ABC INSURANCE COMPANY (STORE NO. 1226)
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

EBRS CK#103563 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney PAULA M. WELLONS and was issued by the Clerk of Court on the 14th day of January, 2020.

/s/ Rachel A. Ponce
Rachel A. Ponce, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;  200114-0178-1

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal   ___ Domiciliary

I made service on the named party through the CT Corporation

Unable to serve:
___ Not at this address   ___ Numerous attempts ___ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

JAN 29 2020
by tendering a copy of the document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Allison Reed
E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____   Mileage: $_____   Total: $_____   #_____
Completed by:_____
           Deputy Sheriff
Parish of:_____



Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

02/27/2020 16:01:00 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2018464

JON A. GEGENHEIMER